KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94l02
   Telephone: (4l5) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0030 JSW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| NANCY PUA, ) JOHNNY LEE TAN, and ) KEVIN PUA, ) | |
| Defendants. ) | |

     With the agreement of the parties in open courts on March 9, 2006, and with the consent of the defendants Johnny Lee Tan and Kevin Pua, the Court enters this order (1) setting a hearing on March 23, 2006 at 2:30 p.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 9, 2006 to March 23, 2006.  The parties agree, and the Court finds and holds, as follows:

     1.     The defendants Johnny Lee Tan and Kevin Pua appeared before the Court with new counsel on March 9, 2006.  Counsel for the government informed the Court that the co-defendant Nancy Pua had been arrested in Los Angeles, was being transported in custody to this District, and was due in this District imminently.  Counsel for the government also noted that the government would be producing a significant amount of discovery immediately, that several

STIPULATION & [~~PROPOSED~~] ORDER RE:
EXCLUSION OF TIME [CR 06-0030 JSW]

additional boxes of discovery would be produced thereafter, and that the government would also make available for inspection a large number of counterfeit goods currently in the government's custody.  Counsel for each of the defendants needs time to review the large amount of discovery to be produced and to be made available by the government.  Continuing the case until March 23, 2006 will give counsel some opportunity to accomplish this objective.

       2.     The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until March 23, 2006 is necessary based on the complex nature of this case arising from the large amount of discovery and based on effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(ii) & (iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 9, 2006 to March 23, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

       3.     Accordingly, and with the consent of the defendants, the Court (1) sets a hearing for March 23, 2006 at 2:30 p.m. and (2) orders that the period from March 9, 2006 to March 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

SO STIPULATED.

DATED:_____  
                                  /S/_____  
                           KYLE F. WALDINGER  
                           Assistant United States Attorney

DATED:_____  
                                  /S/_____  
                           SHANA KEATING  
                           Attorney for the defendant Johnny Lee Tan

DATED:_____  
                                  /S/_____  
                           DAVID FERMINO  
                           Attorney for the defendant Kevin Pua

IT IS SO ORDERED.

DATED: March 15, 2006  
                                  JEFFREY S. WHITE  
                           United States District Judge