**FILED**

**JUN 2 7 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0030 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| JOHNNY LEE TAN, | |
| Defendant. | |

Based on the stipulation of the parties and GOOD CAUSE APPEARING therefore, it is hereby ordered that Johnny Lee Tan may travel outside the Northern District of California and may go to the Philippines from June 27, 2006 to July 14, 2006. It is also hereby ordered that his passport be released by the ~~Court~~ Clerk for these purposes, and that it is to be returned to the ~~Court~~ Clerk upon his return.

Dated: June 27, 2006

NANDOR VADAS
United States Magistrate Judge