1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6830
7       Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )   No.: CR 06-0030 JSW
                                     )
14          Plaintiff,               )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO AMEND JUDGMENT RE:
15      v.                           )   RESTITUTION
                                     )
16  JOHNNY LEE TAN and               )
    KEVIN PUA,                       )
17                                   )
            Defendants.              )
18  _____ )

19          The parties hereby submit the following stipulation regarding the restitution

20  amount in this matter:

21          1.      The Court conducted a restitution hearing in this matter on November 1,

22  2007.  At the conclusion of the hearing, the Court entered a restitution order in the total

23  joint and several amount of $3070.

24          2.      The $3070 amount was based on a spreadsheet that had been presented to

25  the Court.  That spreadsheet listed the restitution amount owed to each identified victim

26  who submitted a victim impact statement in this matter, as well as a total restitution

27  amount.

28          3.      Government counsel, who prepared the spreadsheet, was unaware that the

1  formula in the spreadsheet rounded the total restitution amount *up* to the nearest dollar.

2  In actuality, the total restitution amount identified up to this date for the defendants Kevin

3  Pua and Johnny Lee Tan is only $3069.65.

4        4.      Accordingly, the parties stipulate and agree that the appropriate total joint

5  and several amount of restitution that should be ordered to be paid to the victims in this

6  matter by the defendants Kevin Pua and Johnny Lee Tan is $3,069.65.  The parties

7  stipulate and agree that the judgment and commitment order of each defendant should be

8  amended accordingly.  The parties stipulate and agree that the *individual* restitution

9  amounts set out in the previous judgment orders (docket entries 104 and 105) are correct.

10  SO STIPULATED.

11

12  DATED: November 19, 2007                    SCOTT N. SCHOOLS
                                                United States Attorney
13

14
                                                _____/s/_____
15                                              KYLE F. WALDINGER
                                                Assistant United States Attorney
16

17

18  DATED:  November 19, 2007                   _____/s/_____
                                                SHANA KEATING
19                                              Attorney for Defendant Johnny Lee Tan

20

21

22  DATED:  November 19, 2007                   _____/s/_____
                                                STEVEN KALAR
23                                              Attorney for Defendant Johnny Lee Tan

24

25  IT IS SO ORDERED.

26  DATED November 19, 2007                     _____
                                                JEFFREY S. WHITE
27                                              United States District Judge

28

STIP. AND [PROPOSED] ORDER
[CR 06-0030 JSW]                    -2-